EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone: (408) 289-1776
   Facsimile: (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA 95110
   Telephone: (408) 993-9911
10 Facsimile: (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105-3441
14 Telephone: (314) 480-1500
   Facsimile: (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16                UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 FRANCISCO NARANJO,              )  Case No.: C 03-5228 RMW
                                   )
19        Plaintiff,               )  **STIPULATION FOR DISMISSAL WITH**
                                   )  **PREJUDICE OF DEFENDANT OLIN**
20 v.                              )  **CORPORATION BY PLAINTIFF**
                                   )  **FRANCISCO NARANJO**
21                                 )
   OLIN CORPORATION, et al.,       )
22                                 )
         Defendants.               )
23 _____  )

24

25      Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Francisco Naranjo and Defendant Olin

26 Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

27 Order dismissing with prejudice all claims asserted by Plaintiff Francisco Naranjo as to

28

2060746.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
Francisco Naranjo - 1**

defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiff Francisco Naranjo


HUSCH & EPPENBERGER, LLC


By:     /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO NARANJO,<br><br>  Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>  Defendants. | Case No.: C 03-5228 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF FRANCISCO NARANJO** |

THIS MATTER coming on the motion of Plaintiff Francisco Naranjo and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Francisco Naranjo's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    _Ronald M. Whyte_

2060746.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Francisco Naranjo - 3**